FILED
At Albuquerque NM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JUN 15 2016

MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. 16-2726 MCA |
| Plaintiff, ) | |
| ) | |
| vs. ) | 18 U.S.C. §§ 1153 and 113(a)(6): Assault |
| ) | Resulting in Serious Bodily Injury. |
| ANTHONY NIETO, ) | |
| ) | |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges:

On or about August 16, 2015, in Indian Country, in Santa Fe County, in the District of New Mexico, the Defendant, **ANTHONY NIETO,** an Indian, assaulted Jane Doe, an intimate partner, and the assault resulted in serious bodily injury.

In violation of 18 U.S.C. §§ 1153 and 113(a)(6).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

06/10/16  3:50PM